E-filing

RECEIVED
08 APR -7 PM 2:38
RICHARD...
CLERK U.S....
...DISTRICT COURT
...CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

James Jeganga Guguni

CASE NO. A79-358-447

Plaintiff(s),

v.

Michael Chertoff, Secretary of HS; Emilio Gonzalez, director USCIS; Joseph Russoniello USAttny CA Northern District, Rosemary McCarthy, SFDO

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

FILED
APR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bruce C. Wong , an active member in good standing of the bar of

Washington State whose business address and telephone number

(particular court to which applicant is admitted)

is

580 California St. #1600
San Francisco, California 94104
Tel: (415) 439-4850

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing fff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ggg 4-14-08

United States Magistrate Judge