Bruce C. Wong (WASBN 31208)
580 California Street, Ste 1600
San Francisco, CA 95104
Telephone: (415) 439-4850
Facsimile: (415) 520-4747

Attorney for Plaintiff

Name A#79-358-447

FILED

APR 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Jeganga Guguni:
    Plaintiff,

vs.

Michael Chertoff, Secretary of Homeland Security; Emilio Gonzalez, Director United States Citizenship and Immigration Services; Joseph Russoniello, United States Attorney California Northern District; Rosemary Melville, San Francisco District Director.

    Defendants.

Case: CV 08 1850

**PLAINTIFF'S MOTION TO CONTINUE HEARING**

    Attorney for Plaintiff respectfully asks this Court to continue the Motion hearing set on April 30, 2008 for the above case at 9:30 am due to the fact attorney will be out of town. Attorney will be back on May 1, 2008. Any date after May 1, 2008 attorney is available.

1

1 | This is not an attempt to delay the process, attorney received the
2 | notice of hearing on April 21, 2008 and already had booked his flight
3 | to leave San Francisco before then.
4 | Date: April 21, 2008                              Respectfully submitted,

_____
Bruce C. Wong
Attorney at Law

Hearing continued to May 14, 2008 at 9:30 a.m.

SO ORDERED

_____
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

2