**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11    JAMES GUGUNI,                              No. C 08-1850    JL

              Plaintiff,

12                                               **ORDER VACATING PRO HAC VICE**
         v.                                      **ADMISSION (Vacating Docket # 5;**
13                                               **Granting Docket # 6)**
      MICHAEL CHERTOFF, et al.,

14

              Defendants.
15    _____/

16

17          Defendant objects to the pro hac vice admission of Plaintiff's counsel Bruce C.

18    Wong, who is admitted to practice in Washington State but not in California, and asks this

19    Court to reconsider its April 14, 2008 order granting Mr. Wong's application to appear pro

20    hac vice in this case. The Court hereby finds that the application is in violation of Civil Local

21    Rule 11-3(b), which disqualifies applicants who reside in the State of California, or who are

22    regularly engaged in the practice of law in California. The disqualification is not applicable

23    only if the applicant (I) has been a resident of California for less than one year; (ii) has

24    registered with, and completed all required applications for admission to, the State Bar of

25    California; and (iii) has officially registered to take or is awaiting his or her results from the

26    California State Bar exam.

27

28

**United States District Court**
For the Northern District of California

1    In the case at bar, Mr. Wong does not dispute that his place of business is located at

2  580 California Street, Suite 1600, San Francisco, California 94104. (See Complaint)

3  Moreover, he has apparently appeared before the Northern District in at least five other

4  cases, some filed as far back as 2005: *See Luo v. Chertoff*, C-08-0340 PJH; *deSandoval v.*

5  *Gonzales*, C-07-4077 MJJ; *Oi v. Gonzales*, C-06-7180 MHP; *Chen v. Gonzales*, C-05-4249

6  JSW; and *Yang v. Chertoff*, C-05-4405 MHP.

7    Mr. Wong in his application failed to disclose that he resides in California and

8  regularly practices law here. Nor does he contend that he has registered for the California

9  Bar Exam or is awaiting results.

10    For all the above reasons, this Court finds that its order granting Mr. Wong's

11  application to appear pro hac vice in this case should be vacated. The order is hereby

12  vacated.

13    Plaintiff shall file, no later than June 17, 2008, a substitution of attorney appointing

14  new counsel, or stating that Plaintiff intends to represent himself in this action. Mr. Wong

15  shall file a copy of this Order as an attachment in any future pro hac vice application in this

16  district.

17    IT IS SO ORDERED.

18  DATED: May 14,  2008

19

20  _____
     James Larson
     Chief Magistrate Judge

21

22

23

24

25

26  G:\JLALL\CHAMBERS\CASES\CIVIL\08-1850\Order-vacate-pro-hac-vice.wpd

27

28

C-08-1850 ORDER VACATING PRO HAC VICE ADMISSION